WALTER MICHALOWSKI, Appellant, v. FREDERICK J. EY, as Office of Property Custodian, Nassau County Police Department, Respondent.— In an action to recover possession of an automobile, or, if possession cannot be given, for judgment for $1,000, its alleged value, together with $4,000, as damages for its detention, plaintiff appeals from an order denying his motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [See 283 App. Div. 725.]

ROSETTA W. MITCHELL, Respondent, v. ERNEST W. BARNES et al., Appellants.— In an action for broker's commissions, defendants appeal from an order denying their motion for summary judgment. Order affirmed, with $10 costs and disbursements. Special Term correctly held that respondent is bound by the written agreement as to commissions. If, as respondent contends, she was employed prior to its execution, the written agreement modified the prior employment agreement and was valid. (Personal Property Law, § 33, subd. 2.) Whether respondent's proposed purchasers were able and willing to perform and performance was prevented by the active conduct of appellants cannot be determined as matter of law on this record. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. THOMAS M. KELLEY, Appellant.— Defendant appeals from a judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of operating a motor vehicle while in an intoxicated condition, in violation of subdivision 5 of section 70 of the Vehicle and Traffic Law. Judgment reversed on the law and the facts, the information dismissed, fine remitted and the revocation of appellant's operator's license vacated. The evidence does not establish guilt beyond a reasonable doubt. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.